UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00579 SBA |
| Plaintiff, ) | ORDER TO SET REVOCATION OF SUPERVISED RELEASE HEARING ON OCTOBER 16, 2012 |
| v. ) | |
| MICHAEL DEREK BRADLEY, ) | |
| Defendant. ) | |

FOR GOOD CAUSE SHOWN, it is hereby ordered that this matter is SET for a revocation of supervised release and disposition hearing before this Court on October 16, 2012 at 10:00 a.m. The parties shall prepare and submit any sentencing memoranda no later than one week prior to the hearing.

DATED: 9/21/12

*Saundra B Armstrong*
Hon. SAUNDRA BROWN ARMSTRONG
United States District Court Judge

[PROP.'D] ORD. SET SUPV.'D REL. REVOC. HRG.
No. CR 11-00579 SBA